The Supreme Court docket number is SC 16915.

*Michele C. Lukban*, assistant state's attorney, in support of the petition.

*Richard W. Callahan*, special public defender, and *Moira L. Buckley*, deputy assistant public defender, in opposition.

Decided January 22, 2003

STATE OF CONNECTICUT *v.* LUIS SOSTRE

*Sean K. Crowshaw*, special public defender, in support of the petition.

*Joseph T. Corradino*, senior assistant state's attorney, in opposition.

Decided January 22, 2003

BRIAN WASKO ET AL. *v.* JAMES MANELLA

The Supreme Court docket number is SC 16917.

*Jon Berk,* in support of the petition.

*John C. Turner, Jr.,* in opposition.

Decided January 22, 2003

## MICHAEL WALKER *v.* COMMISSIONER OF CORRECTION

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided February 5, 2003

## CAROL PEREZ *v.* COMMISSIONER OF CORRECTION